# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: |
| | § | AU:18-CR-00410(1,2,3,4,8,9,11,12,16,17)-RP |
| (1) Michael Leon Bell | § | |
| (2) Gustavo Benitez-Barreuta | § | |
| (3) Santiago Benitez-Martinez | § | |
| (4) Enrique Cardona Jr. | § | |
| (8) Victor Hugo Espino-Olvera | § | |
| (9) Joshua Christopher Esquivel | § | |
| (11) Carlos Heriberto Hernandez-Jonguitud | § | |
| (12) Elias Antonio Hernandez | § | |
| (16) Maria Guadalupe Rivera-Garcia | § | |
| (17) Carlos Alberto Zamudio | § | |

## ORDER

Before the Court are the Defendants' Unopposed Motions to Continue docket call and jury selection and trial. The defendants were set for docket call on June 14, 2019 and jury selection an trial on June 24, 2019, but counsel are requesting that the hearings be reset because additional time is needed to prepare. The Government does not oppose the continuances. The Court finds good cause for this extension. ACCORDINGLY, the docket call is reset to September 12, 2019 at 9:00am and jury selection and trial in this case is reset to September 23, 2019 at 9:00am.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by allowing the Defendants the additional time in which to prepare for the hearing outweigh the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant such a continuance in this case would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). Thus, the Court ORDERS that the time from June 24, 2019 and until September 23, 2019, be excluded under the Speedy Trial Act.

SIGNED this 11th day of June, 2019.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE